UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
TRENTON

RECEIVED
JUL 15 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

F.D., et al.

v.

HILLSBOROUGH TOWNSHIP BOARD OF
EDUCATION

CIVIL 06-5040 (AET)

O R D E R

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 14 day of July 2008,

ORDERED that this action be and is hereby dismissed, without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if the settlement is not consummated. The Court shall retain jurisdiction over this matter for the purpose of enforcing the settlement.

ANNE E. THOMPSON, U.S.D.J.